Amanda L. Washington, *admitted pro hac vice* (LA SBN: 34811)
**MCGLYNN, GLISSON AND MOUTON**
340 Florida Street
Baton Rouge, LA 70801
T: (225) 344-3555
F: (225) 344-3666
Email: amanda@mcglynnglisson.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Lamond Griffith_____

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

consortium claim:

N/A_____ _____ _____

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

N/A_____ _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Arkansas _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas_____ _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas____ _____ _____

7. District Court and Division in which venue would be proper absent direct filing:

USDC for the Eastern District of Texas; USDC for the District of New

Jersey_____

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master

Complaint:

_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express Vena Cava Filter

☐    G2® X Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☑    Denali® Vena Cava Filter

☐    Other:  _____

11.    Date of Implantation as to each product:

10/7/2014_____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:  Strict Products Liability – Manufacturing Defect

☑    Count II:  Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III: Strict Products Liability – Design Defect

☑    Count IV: Negligence - Design

☑    Count V:  Negligence - Manufacture

☑    Count VI: Negligence – Failure to Recall/Retrofit

☑    Count VII: Negligence – Failure to Warn

☑    Count VIII: Negligent Misrepresentation

☑    Count IX: Negligence *Per Se*

1   ☑  Count X:  Breach of Express Warranty

2   ☑  Count XI: Breach of Implied Warranty

3   ☑  Count XII: Fraudulent Misrepresentation

4   ☑  Count XIII: Fraudulent Concealment

5   ☑  Count XIV: Violations of Applicable _ Texas and/or New

6   Jersey_____(insert state) Law Prohibiting Consumer Fraud and

7   Unfair and Deceptive Trade Practices

8   ☐  Count XV: Loss of Consortium

9   ☐  Count XVI: Wrongful Death

10   ☐  Count XVII: Survival

11   ☑  Punitive Damages

12   Other(s): _____ (please state the facts supporting this

13   Count in the space immediately below)

14   _____

15   _____

16

17   Jury Trial demanded for all issues so triable?

18   ☑   Yes

19   ☐   No

20

21

22

1    RESPECTFULLY SUBMITTED on this 4th day of February, 2019.

2                                           **MCLGYNN, GLISSON AND MOUTON**

3

4                                           By: s/Amanda L. Washington
                                                 Amanda L. Washington, *admitted pro hac vice*
                                                 (LA SBN: 34811)
5                                                340 Florida Street
                                                 Baton Rouge, LA 70801
6                                                T: (225) 344-3555
                                                 F: (225) 344-3666
7                                                Email: amanda@mcglynnglisson.com
                                                 *Attorney for Plaintiff*

8

9        I hereby certify that on this 4th day of February, 2019, I physically transmitted the

10   attached document to the Clerk's Office using the Electronic Filing System for filing and

11   transmittal of a Notice of Electronic Filing.

12

13

14                                           */s/ Amanda L. Washington*
                                                 Amanda L. Washington

15

16

17

18

19

20

21

22