# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| LAMOND GRIFFITH, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. 5:20-CV-00045-RWS |
| | § |
| v. | § |
| | § |
| C R BARD INCORPORATED, et al., | § |
| | § |
| Defendants. | § |

## ORDER

Pursuant to the parties' stipulation of dismissal (Docket No. 14), it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own attorney's fees and costs.

**So ORDERED and SIGNED this 8th day of June, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE